☒ FILED     ☐ LODGED

**Oct 27 2025**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

TIMOTHY COURCHAINE
United States Attorney
District of Arizona
KEVIN D. SCHIFF
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone:  520-620-7300
Email: kevin.schiff@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America, | CR-25-04573-TUC-SHR-LCK |
| Plaintiff, | INFORMATION |
| vs. | VIOLATION: |
|  | **18 U.S.C. § 922(a)(1)(A), 923(a) and 924(a)(1)(D)**<br>(Engaging in Firearms Business Without a License) |
| Zabdiel Zubia Granillo, |  |
| Defendant. | **FELONY** |

**THE UNITED STATES ATTORNEY CHARGES:**

On or between March, 2022 and January 2024, in the District of Arizona, the defendant, ZABDIEL ZUBIA GRANILLO, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

All in violation of Title 18 United States Code, Sections 922(a)(1)(A), 923(a) and 924(a)(1)(D).

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*K Schiff*

Digitally signed by KEVIN SCHIFF
Date: 2025.10.24 09:30:01 -07'00'

KEVIN D. SCHIFF
Assistant U.S. Attorney

Leo
Masursky

Digitally signed by Leo
Masursky
Date: 2025.10.24
17:08:52 -07'00'