AO 455 (Rev. 01/09) Waiver of an Indictment

☒ FILED    ☐ LODGED

**Oct 27 2025**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

United States of America,

                    Plaintiff,

vs.

Zabdiel Zubia Granillo,

                    Defendant.

Case No.  **CR-25-04573-TUC-SHR-LCK**

WAIVER OF INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year.  I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date:  10/24/2025

Leo Masursky
Digitally signed by Leo Masursky
Date: 2025.10.24 17:10:31 -07'00'

Zabdiel Zubia Granillo
Defendant

Leo Masursky
Digitally signed by Leo Masursky
Date: 2025.10.24 17:09:56 -07'00'

Leo Masursky, AFPD
Attorney for the Defendant